

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Lauren Stram* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8904* | *Suite 1250* |
| *Facsimile: (215) 861- 8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address: lauren.stram@usdoj.gov* | *(215) 861-8200* |

March 31, 2023

U.S. District Court Clerk's Office
Attn: Mark Ciamaichelo
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:   *United States v. Hassan Elliott, et al.*
              Criminal No. 20-417

Dear Clerk:

    I am writing to respectfully request the unsealing of the Superseding Indictment filed in the above-captioned matter, *United States v. Hassan Elliott, et al.*, under Criminal No. 20-417. The Superseding Indictment was filed on March 22, 2023.

    Thank you for your consideration.

                                                              Very truly yours,

                                                              JACQUELINE C. ROMERO
                                                              United States Attorney

                                                              LAUREN STRAM
                                                               ASHLEY MARTIN
                                                              CHRISTOPHER DIVINY
                                                             Assistant United States Attorneys