FROM: 21154509
TO:
SUBJECT: Letter To Judge Sanchez Regarding Plea Agreement
DATE: 05/08/2025 08:38:54 AM

Khalif Sears #21154-509
FDC - Philadelphia
PO Box 562
Philadelphia, PA 19105

Honorable Judge Juan R. Sanchez
Federal Courthouse
601 Market St.
Philadelphia, PA 19106

Re: US v. Khalif Sears No. 20-417

I am writing at this present indirect in regards to the above captioned matter. I'm currently incarcerated at FDC - Philadelphia. I am faced with a dilemma for which I have been made aware that your Honor possibly can assist me with. I am writing you regarding a very grave concern I have as it relates my sentencing guidelines. Federal Rule of Criminal Procedure 32 (e)(1) provides that under appropriate circumstances, and with the written consent the defendant, the court may order the United States P.O. to conduct a Presentence Investigation and prepare a PSR for a defendant prior to the entry of a guilty plea." I am aware that my plea has been entered but your Honor i genuinely need your Honor's assistance in calculating and correcting my offense level and criminal history category. The calculation in the agreement (paragraph 5) states the guideline range between 420 to 600 months (35 to 50 years.) I strongly challenge and disagree with this guideline range. Paragraph 3 asserts that my mandatory minimum is 35 years imprisonment 25 years which is to run consecutive to any other sentence imposed. I refer you your Honor to paragraph 3 of the guilty plea agreement where the counts are itemized with their mandatory minimum sentences. Count 2 (conspiracy to distribute 5 kilograms or more but less than 15kgs of cocaine and marijuana) has a 10 year mandatory minimum term of imprisonment, Counts 18 and 23 (carrying and using a firearm in furtherance of a violent crime, and aiding and abetting) has a 10 year mandatory minimum term of imprisonment which must be imposed consecutive to another sentence of imprisonment imposed, count 25 (carrying and using a firearm in furtherance of a drug trafficking offense, aiding and abetting) a 5 year mandatory minimum term of imprisonment which must be imposed consecutive to another sentence of imprisonment imposed. This error, your Honor, is clear and obvious. The mandatory minimum here is 25 years of imprisonment with 15 years to be run consecutive to any other sentence imposed. I, your Honor, write seeking a correction of this severe and costly error before my date of sentencing. Thank you for your time, your Honor. I realize that your Honor may have a rigorous schedule, however could your Honor please thoroughly look into this matter at your Honor's earliest convenience. Thank you for your precious time and generosity.

Respectfully,

Khalif Sears

regarding the nature and seriousness of the offense; respond factually to questions raised by the Court; correct factual inaccuracies in the presentence report or sentencing record; and rebut any statement of facts made by or on behalf of the defendant at sentencing.

   d. Nothing in this agreement shall limit the government in its comments in, and responses to, any post-sentencing matters.

   (3.) The defendant understands, agrees, and has had explained to him by counsel that the Court may impose the following statutory maximum and mandatory minimum sentences: Count 1 (conspiracy to participate in a racketeering ("RICO") enterprise), lifetime imprisonment, 5 years' supervised release, a $250,000 fine, and a $100 special assessment; Count 2 (conspiracy to distribute 5 kilograms or more but less than 15 kilograms of cocaine and marijuana), lifetime imprisonment, a 10-year mandatory minimum term of imprisonment, a mandatory minimum 5 years' supervised release up to lifetime supervised release, a $10,000,000 fine, and a $100 special assessment; Counts 17 and 22 (assault with a dangerous weapon in aid of racketeering, and aiding and abetting), 20 years' imprisonment, 5 years' supervised release, a $250,000 fine, and a $100 special assessment; Count 27 (causing death using a firearm during and in relation to a drug trafficking crime, and aiding and abetting), lifetime imprisonment or death, 5 years' supervised release, a $250,000 fine, and a $100 special assessment; Counts 18 and 23 (carrying and using a firearm in furtherance of a violent crime, and aiding and abetting), lifetime imprisonment, a 10-year mandatory minimum term of imprisonment which must be imposed consecutive to any other sentence of imprisonment imposed, 5 years of supervised release, a $250,000 fine, and a $100 special assessment; Count 25 (carrying and using a firearm in furtherance of a drug trafficking offense, and aiding and abetting), lifetime imprisonment, a 5-year mandatory minimum term of imprisonment which must be imposed consecutive to any

Khalif Seees
21154-509
FDC Philadelphia
P.O. Box 562
Phila Pa, 19105

PHILADELPHIA PA 190
14 MAY 2025 PM 6 L

RECEIVED
MAY 16 2025

Honorable Judge Juan R. Sanchez
Federal Courthouse
601 Market St
Phila Pa, 19106