## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYALVNIA

_____

**UNITED STATES OF AMERICA**     **:**
                                 **:**
                   **v.**        **:**   **CRIM. ACT. NO. 20-417**
                                 **:**
**KHALIF SEARS**                 **:**
_____

## <u>ORDER</u>

  **AND NOW** this _____ day of _____, 2025, upon

consideration of Defendant Sear's Motion for Continuance of Sentencing, it is hereby

**ORDERED** that the Motion is **GRANTED**. A new Sentencing shall be scheduled

consistent with the calendar of the Court and the parties.

          **BY THE COURT:**

          _____

          **THE HONORABLE JUAN SANCHEZ**

          *Judge, United States District Court*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYALVNIA**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:** |
| | **:** |
| **v.** | **: CRIM. NO.: 20-417** |
| | **:** |
| **KHALIF SEARS** | **:** |

_____

**DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, through counsel, respectfully moves the Court for a continuance of sentencing, and, in support thereof, states:

1. An indictment was returned in 2020 related to the drug sales and the murder of Sergeant James O'Connor. In March 2023, a superseding indictment alleging a RICO conspiracy, including three additional murders and numerous additional overt acts, including assault, drug sales, and related charges, was filed.

2. Khalif Sears, along with Hassan Elliot, Kelvin Jimenez, and Dominique Parker, are charged with causing the death of Sergeant James O'Connor as well as three other murders in aid of racketeering and related crimes.

3. On January 15, 2025, Mr. Sears pleaded guilty to superseding indictment counts.

4. Pursuant to his plea, Mr. Sears is facing a sentence of up to 50 years.

5. The sentencing in this matter is currently scheduled for July 31, 2025.

6.  Continuing the sentencing date is strongly within Mr. Sears' interest as it will allow for counsel to intelligently and comprehensively review the presentencing investigation; as well as addressing the issues raised in Mr. Sears' letters to the court.

7.  Additionally, Mr. Sears' father has recently relapsed, so it would be in the best interest of him and his family to allow more time to recover from his father's relapse.

8.  The Government has no objection to a continuance of a sentencing date.

9.  Counsel has discussed with Defendant the issues raised herein and his rights under the Speedy Trial Act, 18 U.S.C. §3161. The Defendant has authorized counsel to advise the Court that he waives his rights under the Speedy Trial Act, and requests that sentencing be continued.

WHEREFORE, Mr. Sears respectfully requests that the Court grant the Motion be granted, that the sentencing be continued for a date consistent with the business of the Court. Counsel further requests that scheduling be consistent with the attorneys' and court's calendar.

Respectfully submitted,

Date: July 3, 2025

/s/ Marni Jo Snyder
Marni Jo Snyder
ID No. 204377
LAW OFFICE OF M.J. SNYDER
1500 WALNUT ST.
7TH FLOOR
PHILADELPHIA, PA 19102
(215) 515-3360
(215) 376-6981 (fax)

Counsel for Khalif Sears