July 12, 2025
CASE NO. 2:20CR00417-003

To The Honorable Judge Sánchez

How are you? I want to apologize for writing so much. I feel like the only way I can protect my rights is by making sure you know everything. I also know how busy you are so I'll make this as short as possible.

I just received a copy of my P.S.I. yesterday and it's 53 pages long. When Ms. Snyder brought it to me we only briefly skimmed through it and I saw multiple issues that I will object to. As you are aware, this is the first time I ever been locked up so I'm not really sure what the process is. You also aware of the fact I've caught my attorney lying to me multiple times so I do not trust her, which is sad because in the beginning she had my blind trust. So, when she told me I can object to my P.S.I. at sentencing I double checked by having a friend ask his lawyer and his lawyer said there is only 14 days to object from when I received it.

Now my problem is where and to whom do I send my objections? If I send them to Ms. Snyder and she fails to file them I will be unknowingly and unintentionally forfeiting my right to object. The only thing I feel safe doing is sending you a copy of my objections as soon as I finish them, I hope that is okay. I will be working diligently, and have been since yesterday, to get them done.

Thank you, sir, for all your time and help. I really hope you know how much I appreciate having you as my judge.

Respectfully,
[signature]




Khalif Sears # 21154-509
F.D.C. Phila.
P.O. Box 562
Phila. PA - 19105

PHILADELPHIA PA 190
22 JUL 2025 PM 5 L

RECEIVED
JUL 24 2025

To: The Honorable Judge Sanchez
ATTN: Clerk of Court
U.S. Courthouse
601 Market St.
Phila. PA. 19106