UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYALVNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CRIM. ACT. NO. 20-417 |
| | : |
| **KHALIF SEARS** | : |

# ORDER

**AND NOW** this ___8th_ day of _August_____, 2025, upon consideration of Defendant Sear's Motion for Continuance of Sentencing, it is hereby **ORDERED** that the Motion is **GRANTED**. A new Sentencing shall be scheduled consistent with the calendar of the Court and the parties.

BY THE COURT:

____/s/Juan R. Sanchez_____
**THE HONORABLE JUAN SANCHEZ**

*Judge, United States District Court*