**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No.: 20-cr-417-3 |
| v. | : FILED ELECTRONICALLY |
| KHALIF SEARS | : |

# MOTION FOR CONTINUANCE OF SENTENCING HEARING

1. On or about January 15, 2025, Khalif Sears entered a guilty plea in connection with this case.

2. On or about October 29, 2025, and again on March 24, 2026, Mr. Sears filed motions to withdraw his guilty plea, which this Court denied without prejudice on or about March 26, 2026, and appointed undersigned counsel to represent Mr. Sears on April 10, 2026.

3. Mr. Sears, through counsel, ordered the transcript of his change of plea hearing on or about May 16, 2026. A notice of official filing of said transcript was filed earlier today.

4. Counsel requires additional time to review the record and transcripts in order to properly advise her client regarding his sentencing.

5. Undersigned has consulted with the government, which does not object to a brief continuance. Additionally, both government counsel and undersigned are Mr. Sears are available on July 27, 2026 and July 28, 2026, should the Court be amenable to either of those dates.

Wherefore, Khalif Sears respectfully requests this Court grant the instant motion and set back the date of his sentencing.

Respectfully Submitted,

Mariana Rossman

Mariana Rossman, Esquire
THE ROSSMAN FIRM LLP
1500 Walnut Street, 7th Floor West
Philadelphia, PA 19102
(215) 913-6290
(215) 751-0658 (fax)
mrossman@therossmanfirm.com

Attorney for Defendant, Darryl Turner

Dated: June 10, 2026

**CERTIFICATE OF SERVICE**

I, Mariana Rossman, Esquire, hereby certify that a true and correct copy of the attached Motion for Continuance of Sentencing was filed via the Court's CM/ECF filing system and is available for downloading; additionally, it was delivered via electronic mail to the below listed individuals:

Christipher Diviney
Lauren Stram
Ashley Martin
U.S. Attorney's Office
615 Chestnut St., Suite 1250
Phila, PA 19106-4476
Christopher.Diviny@usdoj.gov
Lauren.Stram@usdoj.gov
Ashley.Martin2@usdoj.gov

Mariana Rossman

Mariana Rossman, Esquire
THE ROSSMAN FIRM LLC
1500 Walnut Street, 7th Floor West
Philadelphia, PA 19102
(215) 913-6290 / (215) 751-0658 (fax)
mrossman@therossmanfirm.com

Dated: June 10, 2026