IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-417-3 |
| | : | |
| KHALIF SEARS | : | |

**ORDER**

AND NOW, this 30th day of June, 2026, it is ORDERED Defendant's Motion to Continue Sentence (Doc #415) is GRANTED. Sentencing is rescheduled to a future date.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.