IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-417-6 |
| | : | |
| DOMINIQUE PARKER | : | |

**ORDER**

AND NOW, this 14th day of August, 2026, upon consideration of Defendant Dominique Parker's Motion for Continuance of Sentencing Hearing (Dkt. No. 434) and the Government's Response in Opposition, it is hereby ORDEDED the motion is GRANTED. The Sentencing Hearing in this matter is continued to a date to be set.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.