RECEIVED
AUG 19 2026
By________

AUGUST 13, 2026
CASE NO. 2:20-CR-00417-3
RE: ATTORNEY'S - Past & Present

To The Honorable Judge Sanchez,

I hope you are well and I also hope you will believe me when I tell you I didn't ever want to have to write you another letter regarding my lawyer. However, as you will hear, I am left with no other choice. Ms. Rossman said that you said to "make it right and make it stick," I agree with you, but all she is concerned with is making it stick. Ms. Rossman must assume I am still that young, naive, trusting teenager I once was. Well, this place has stripped me of trust, technically Ms. Snyder is to blame and this place snatched anything that was left. I learned that everything I'm told, regardless of who tells me, must be thoroughly researched for the truth. I will apologize in advance because this letter may be a little longer than you'd like, but it's the only way it can be written correctly.

When I first got locked up I was terrified, regardless of the mask I wore, basically I was still a child. I'd just turned 18 and I had never been in a situation like that. I had trust issue's from childhood, most kids growing up like that do. The only reason I was sleeping in that bed on that fateful night is because I had nowhere else to sleep. Fast forward to me waking up full of bullets in custody and everyone telling me I'm gonna die in "THE CHAIR". I wasn't even completely sure of what happened, but I knew what was happening, cops were spitting in my food as they were handing it to me. I couldn't eat and no one would talk to me.

Than Ms. Snyder showed up. She made me believe she really cared and that was a real hard concept because where I'm from no one cares. She kept telling me she would take care of "this" or "that", she told me she would handle everything, she told me to stop worrying. And it took a little time Your Honor, but she did it. She did everything she said and eventually I worried a little less. Any time we would go to Court she would tell me to tell the Judge she told me and tells me about everything. I have to give her credit, she did great is state Court, she didn't just earn my trust, she became my superhero.

Than the Feds came into the picture and Ms. Snyder sounded pretty confident when she told me she was qualified to handle my case at the federal level. She was my hero and I had no reason to doubt her. I was just a kid, I didn't have a clue about how complex Federal laws are or how much more someone needed to know to practice federally. It has become abundantly clear she was not qualified for Federal Court and even moreso less qualified to handle a Federal R.I.C.O. conspiracy containing a Capital murder of a Police officer.

She (Ms. Snyder) should have been honest with the original Judge and me, I'm sure the Judge would have allowed her to remain as second chair because she was involved with my case from the start. The Judge would have been able to appoint a lawyer who was capable of handling and understanding Federal R.I.C.O. laws and also the importance of a Capital murder charge. While I do not believe she intended to do so, her actions neverthe-less really hurt me. She ignored everything I was telling her. I repeatedly told her about

All the stuff I didn't do and stuff I wasn't involved in. Eventually she came to me with the plea agreement that she coerced me to sign. The facts are evident that she did not even understand the plea so there is no way I could have understood it.

Sir, I know at one point in time I stood before you and said her and I went over my plea and that I understood all of it and no promises were made. That wasn't true and I am sorry if you feel I lied to you, that was not my intention. Ms. Snyder convienced me, and at that point it wasn't hard to do, to just tell you... yes... yes... yes and... no... no... no, where applicable. The truth is we only went over that plea for about 25 minutes on a visit. She claimed she couldn't stay but was adamant if I wanted to ever "Taste Freedom" again I'd better sign the plea, she claimed it was the best I would ever get, all state charges were to be dismissed and all charges related to the murder of Sgt. O'Connor would be gone. She told me I "had to trust her and sign it." Also, she could not give me a copy but claimed she would leave a copy in the "dropbox." Within a week of signing I was taking over to do the oral colloquy in front of you. Ironically, I never "received" a copy of the plea until the day after I stood before you.

A lawyer I spoke with said because of the rush to sign, couldn't be given a copy and how extremely fast they had me in front of you for the collogy were red flags that all wasn't Kosher. Your Honor, you can verify through my e-mails to Ms. Snyder that right after I got a copy of my plea I immediately began writing her and demanding she help me take that plea back because too much is wrong (I sent you copies of some before).

Which brings me to Ms. Rossman. I believe the main problem is that she is good friends with Ms. Snyder and Ms. Rossman's loyalties are to her friend, not to me (her client). She is making decisions based on how they will effect Ms. Snyder, making it obvious she is more concerned about her "friend's" reputation. Ms. Rossman keeps trying to get me to basically resign a deal that I would never have signed if I understood it. She can't explain how the "BARRETT" case applies to me, she can't explain why things are in the plea that I specifically told Ms. Snyder I did not do, all Ms. Rossman seams willing to explain is Ms. Snyder's reputation and law degree.

Your Honor, I didn't want to write this because I know once I sent it to you Ms. Rossman will not, can not, remain as my counsel because 1.) she can't detach herself from her friendships and 2.) she resents me because I wrote her friend up to you. Imagine what she'll do when she learn's of this. You have probably heard the old saying..."hell hath no fury. etc."

I do apologize to you, Sir. I'm not trying to be difficult but I can't allow my lawyer to bully me into a plea. I hope to hear from you because, like you, I too want to make this right and then let it stick. Thank you for all your time and help.

Respectfully,
[signature]

Khalif Sears #21154-509
Phila. F.D.C.
P.O. Box 562
Phila. Pa. 19105

PHILADELPHIA PA 190
17 AUG 2026 PM 8 L



To: The Honorable Judge Sanchez,
U.S. Courthouse
601 Market St.
Phila. Pa. 19106

RECEIVED
AUG 18 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

X-RAY
USMS

"LEGAL MAIL"

19106-171614